IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01868-PAB

MERCEDES TOJIN-LUX,

Petitioner,

v.

TODD LYONS, Acting Director of Immigration & Customs Enforcement,
GEORGE VALDEZ, Acting Field Office Director of Enforcement and Removal
Operations, Denver Field Office, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, Acting U.S. Attorney General,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and
JUAN BALTAZAR, Warden of the Aurora Detention Facility,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 15] of Judge Philip A. Brimmer entered on

May 26, 2026, it is

**ORDERED** that petitioner Mercedes Tojin-Lux's Amended Petition for Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 7] is **GRANTED**.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 22nd day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By _____

H. Guerra, Deputy Clerk